UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Sherman Anderson Morton, III and Ashlyn Aiken Morton<br><br>Plaintiffs<br>vs.<br><br>Lien Filers, Etc. of Heath W. Williams, L.L.C. and Heath W. Williams, L.L.C.<br><br>Defendants. | CIVIL ACTION<br>FILE NO.: 1:20-cv-03211-TWT-JKL |

### RESPONSE OF DEFENDANTS TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, Lien Filers, Etc. of Heath W. Williams, L.L.C. (hereinafter "LIEN FILERS") and Heath W. Williams, L.L.C. (hereinafter "WILLIAMS") (collectively "Defendants") respectfully submit this Response to Plaintiffs' Motion for Extension of Time to Respond to Defendants' Motion for Summary Judgment.

### REASONS FOR OBJECTION

1. **Plaintiffs' are disingenuous with this Court.**

Attorney Nelson claims to be lead counsel for Plaintiff; however the binding Joint Preliminary Report and Discovery Plan (Doc 23 pg 8) clearly identifies lead counsel as follows (See Exhibit "A")

1

> "3. Counsel:
> The following individually-named attorneys are hereby designated as lead counsel for the parties:
>
> Plaintiff:
> Clifford Carlson
> Cliff Carlson Law, P.C.
> 1114-C1 Highway 96 #347
> Kathleen, Georgia 31047
> Tel. 478-254-1018
> cc@cliffcarlsonlaw.com
>
> Defendant:
> John M. Duffoo (John@Duffoolaw.com)
> Georgia Bar No. 231973
> Business Law Firm of John M. Duffoo, P.C.
> P.O. Box 767355
> Roswell, GA 30076
> Attorney for Defendants"

Not only is Attorney Nelson not lead counsel, but Plaintiffs have failed to identify any reason why lead counsel, Cliff Carlson, cannot comply with the time requirements of the Local Rules.

Further, the emails between the undersigned counsel and Attorney Nelson, speak for themselves. On November 8, 2021, Attorney Nelson sent two emails to the undersigned as follows and attached hereto as Exhibit 1 & 2. On November 9, 2021, the undersigned responded as follows and attached hereto as Exhibit 3.

**Email 1 (Exhibit "B"):**

> "John Nelson
> Mon, Nov 8, 12:19 PM (2 days ago)

2

>to me, Jason, Cliff
>
>Dear Mr. Duffoo,
>
>Our response to your clients' motion for summary judgment is due this week.
>
>Are you willing to grant a seven-day extension of time to respond to the motion for summary judgment up to the end of November 17, 2021?
>
>Please let me know; I can draft a proposed joint motion for extension and circulate it to you if you are okay with this request.
>
>Sincerely,
>John William Nelson
>Attorney & Counselor at Law
>john@nelsonchambers.com
>
>The Nelson Law Chambers LLC
>2180 Satellite Blvd, Suite 400
>Duluth, Georgia 30097
>
>Ph. 404-348-4462
>Dir. 404-793-7595
>Fax. 404-549-6765"

**Email 2 (Exhibit "C"):** "John Nelson

>Nov 8, 2021, 3:40 PM (1 day ago)
>to me, Jason, Cliff
>
>Dear Mr. Duffoo,
>
>I wanted to follow back up on this.

3

> My family had a few things pop up at the end of last week that are carrying over into this week, including COVID-19 vaccinations for my two kids.
>
> This has caused some coordination issues, and I'm asking whether you'd be agreeable to a 1-week extension of time to respond to the motion for summary judgment up to and including November 17, 2021.
>
> Please let me know. If agreeable, I will go ahead and draft a proposed motion and order for you to review."

**Email 3 (Exhibit "D")**: (Response to Email 1 & 2):

> "John Duffoo <john@duffoolaw.com>
> 6:36 AM (15 hours ago)
> to John, Jason, Cliff
>
> Attorney Nelson,
>
> If you want to file a Motion we will consider it, but Heath wants to stay in line with the current Scheduling Order. Further, as you know, my leave begins on Nov. 18th. Your request would prejudice my Reply time.
>
> Best Regards,
>
> John M. Duffoo
> Business Law Firm of John M. Duffoo, P.C.
> 8920 Eves Rd.
> No. 767355
> Roswell, GA 30076
> Tele: 770-312-6160
> Email: John@duffoolaw.com
> Website: www.Duffoolaw.com"

## 2. Plaintiffs' Request is Inconsistent with the Scheduling Order.

Doc. 23, being the JOINT PRELIMINARY REPORT AND DISCOVERY PLAN states as follows: "(b) Summary Judgment Motions: within thirty days after the close of discovery, unless otherwise permitted by court order. Local Rule 56.1. On February 1, 2021, this Court entered a Scheduling Order adopting the Joint Preliminary Report and Discovery Plan. On September 8, 2021, this Court entered an order extending the discovery deadline until and including October 8, 2021, for the limited purpose of conducting depositions of the two Defendants. Therefore, pursuant to the Joint Preliminary Report and Discovery Plan, Defendants' Motion for Summary Judgment was due on November 7, 2021. The Scheduling Order does not make the Summary Judgment deadline dependent on the certification of the Defendants' deposition. Defendants have complied with the Scheduling Order by filing its Motion for Summary Judgment on October 20, 2021 and the Plaintiffs should likewise be required to comply.

## 3. Plaintiffs' Request is PREJUDICIAL to Defendants' Reply Statutory Rights.

On November 8, 2021, Plaintiffs requested an extension until November 17, 2021 and now until November 22, 2021. Plaintiffs had prior knowledge that on October 5, 2021, the undersigned attorney filed a Leave of Absence (Doc. 71) requesting leave from November 18 - November 30 2021. As a matter of law and fact, Plaintiffs' request will prejudice the undersigned's time period to Reply to the Response. If the Court grants Plaintiffs' Motion, this Court would essentially deprive Defendants' of their 14 day Reply period, because the Reply period would begin to run during the undersigned's leave of absence.

### 4. Defendants' Motion for Summary Judgment is essentially the same as their prior Motion for Summary.

On July 26, 2021, Defendants filed a Motion for Summary Judgment (Doc 39). Said motion was withdrawn (Doc 67). The Defendants refiled the motion (Doc 76), which is essentially the same. The facts in this case are all based on email correspondence between two attorneys. The facts are undisputed. The ONLY issue is application of the facts to the alleged violations. Plaintiffs misrepresent that the certified deposition is necessary, but it is not. Further, Plaintiffs allege that there is an issue of which Defendant is allegedly liable. However, regardless of which Defendant is liable, the analysis remains the same because actions based solely on facts that occurred strictly within the bounds of a **LAWSUIT** between two attorneys are not actionable. Vega v. McKay, 351 F.3d 1334, 1337 (11th Cir. 2003); Champion

v. Target Nat'l Bank, Nat'l Ass'n, No. 1:12-CV-04196-RLV-WEJ, 2013 U.S. Dist. LEXIS 188123, at *25-26 (N.D. Ga. Mar. 22, 2013).  Lake v. Hayt, No. 1:19-CV-2457-MHC, 2020 U.S. Dist. LEXIS 203315, at 10 (N.D. Ga. Sep. 9, 2020).

WHEREFORE, DEFENDANTS requests that this Court deny Plaintiffs' Motion for an Extension of Time.  To the extent that this Court grants Plaintiffs' Motion, Defendants request that this Court order that Defendants' time period to file its Reply not commence until December 1, 2021, which is after the Defendants' lead counsel leave of absence ends.

Respectfully submitted, this November 10, 2021.

s/John M. Duffoo, Esq.
GA Attorney Bar No. 231973

Business Law Firm of John M. Duffoo, P.C.
P.O. Box 767355
Roswell, GA 30076
Telephone: (770) 312-6160
Email: John@Duffoolaw.com
Attorney for Defendants

# EXHIBIT "A"

# EXHIBIT "A"

# EXHIBIT "A"

    \_\_\_\_\_ (7) Pending parallel investigations or action by government

    \_\_\_\_\_ (8) Multiple use of experts

    \_\_\_\_\_ (9) Need for discovery outside United States boundaries

    \_\_\_\_\_ (10) Existence of highly technical issues and proof

    \_\_\_\_\_ (11) Unusually complex discovery of electronically stored information

<u>THIS IS NOT AN UNUSUALLY COMPLEX CASE.</u>

**3.**     **Counsel:**

The following individually-named attorneys are hereby designated as lead counsel for the parties:

<u>Plaintiff</u>:

    Clifford Carlson
    Cliff Carlson Law, P.C.
    1114-C1 Highway 96 #347
    Kathleen, Georgia 31047
    Tel. 478-254-1018
    cc@cliffcarlsonlaw.com

<u>Defendant</u>:

    John M. Duffoo (John@Duffoolaw.com)
    Georgia Bar No. 231973
    Business Law Firm of John M. Duffoo, P.C.
    P.O. Box 767355
    Roswell, GA 30076
    Attorney for Defendants

**4.**     **Jurisdiction:**

Is there any question regarding this court's jurisdiction?

    \_\_\_\_ Yes          \_X\_\_ No

# EXHIBIT "B"

# EXHIBIT "B"

# EXHIBIT "B"

 Gmail

John Duffoo <john@duffoolaw.com>

---

# Request for extension of time to respond to motion for summary judgment: Morton v. Lien Filers, Etc. of Heath W. Williams, L.L.C., et al, Case No. 1:20-cv-03211-TWT-JKL, NDGA

---

**John Nelson** <john@nelsonchambers.com>  Mon, Nov 8, 2021 at 12:19 PM
To: John Duffoo <john@duffoolaw.com>, Jason Coffman <jcoffman@jcoffmanlaw.com>
Cc: Cliff Carlson <cc@cliffcarlsonlaw.com>

Dear Mr. Duffoo,

Our response to your clients' motion for summary judgment is due this week.

Are you willing to grant a seven-day extension of time to respond to the motion for summary judgment up to the end of November 17, 2021?

Please let me know; I can draft a proposed joint motion for extension and circulate it to you if you are okay with this request.

Sincerely,
John William Nelson
Attorney & Counselor at Law
john@nelsonchambers.com

The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097

Ph. 404-348-4462
Dir. 404-793-7595
Fax. 404-549-6765

# EXHIBIT "C"

# EXHIBIT "C"

# EXHIBIT "C"

 Gmail                                                                    John Duffoo <john@duffoolaw.com>

## Request for extension of time to respond to motion for summary judgment: Morton v. Lien Filers, Etc. of Heath W. Williams, L.L.C., et al, Case No. 1:20-cv-03211-TWT-JKL, NDGA

**John Nelson** <john@nelsonchambers.com>                                   Mon, Nov 8, 2021 at 3:40 PM
To: John Duffoo <john@duffoolaw.com>, Jason Coffman <jcoffman@jcoffmanlaw.com>
Cc: Cliff Carlson <cc@cliffcarlsonlaw.com>

Dear Mr. Duffoo,

I wanted to follow back up on this.

My family had a few things pop up at the end of last week that are carrying over into this week, including COVID-19 vaccinations for my two kids.

This has caused some coordination issues, and I'm asking whether you'd be agreeable to a 1-week extension of time to respond to the motion for summary judgment up to and including November 17, 2021.

Please let me know. If agreeable, I will go ahead and draft a proposed motion and order for you to review.

Sincerely,
John William Nelson
Attorney & Counselor at Law
john@nelsonchambers.com

The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097

Ph. 404-348-4462
Dir. 404-793-7595
Fax. 404-549-6765

[Quoted text hidden]

# EXHIBIT "D"

# EXHIBIT "D"

# EXHIBIT "D"

 Gmail                                               John Duffoo <john@duffoolaw.com>

**Request for extension of time to respond to motion for summary judgment: Morton v. Lien Filers, Etc. of Heath W. Williams, L.L.C., et al, Case No. 1:20-cv-03211-TWT-JKL, NDGA**

**John Duffoo** <john@duffoolaw.com>                          Tue, Nov 9, 2021 at 6:36 AM
To: John Nelson <john@nelsonchambers.com>
Cc: Jason Coffman <jcoffman@jcoffmanlaw.com>, Cliff Carlson <cc@cliffcarlsonlaw.com>

Attorney Nelson,

If you want to file a Motion we will consider it, but Heath wants to stay in line with the current Scheduling Order.  Further, as you know, my leave begins on Nov. 18th.  Your request would prejudice my Reply time.

Best Regards,

John M. Duffoo
Business Law Firm of John M. Duffoo, P.C.
8920 Eves Rd.
No.  767355
Roswell, GA 30076
Tele: 770-312-6160
Email: John@duffoolaw.com
Website: www.Duffoolaw.com


[Quoted text hidden]

## **LOCAL RULE 5.1 CERTIFICATION**

Counsel certifies that the foregoing Brief filed with the Clerk of Court is prepared in accordance with the type and font selections approved by Local Rule 5.1.

This November 10, 2021.

s/John M. Duffoo, Esq.
GA Attorney Bar No. 231973

Business Law Firm of John M. Duffoo, P.C.
P.O. Box 767355
Roswell, GA 30076
Telephone: (770) 312-6160
Email: John@Duffoolaw.com
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2021, I electronically filed the aforementioned brief with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Clifford Carlson
Cliff Carlson Law, P.C.
Suite 347
1114-C Highway 96
Kathleen, GA 31047
Email: cc@cliffcarlsonlaw.com
Attorney for Plaintiffs

John William Nelson
The Nelson Law Chambers LLC
2180 Satellite Blvd
Suite 400
Duluth, GA 30097
Email: john@nelsonchambers.com
Attorney for Plaintiffs

This November 10, 2021.

s/John M. Duffoo, Esq.
GA Attorney Bar No. 231973

Business Law Firm of John M. Duffoo, P.C.
P.O. Box 767355
Roswell, GA 30076
Telephone: (770) 312-6160
Email: John@Duffoolaw.com
Attorney for Defendants