IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHERMAN ANDERSON MORTON, III and ASHLYN AIKEN MORTON, | |
| Plaintiffs, | CIVIL ACTION FILE NO. |
| v. | 1:20-cv-3211-TWT-JKL |
| LIEN FILERS, ETC. OF HEATH W. WILLIAMS, L.L.C. and HEATH W. WILLIAMS, L.L.C., | |
| Defendants. | |

## ORDER

This matter is before the Court on Plaintiffs Sherman Anderson Morton, III and Ashlyn Aiken Morton's motion to extend the deadline to respond to Defendants' motion for summary judgment due to illness and personal "disruptions." [Doc. 77.] Defendants Lien Filers, Etc. of Heath W. Williams, LLC and Heath W. Williams, LLC oppose the motion on a number of grounds, including that if the Court grants the requested extension, Defendants' reply period will start to run during a period in which defense counsel is away from the practice of law. [Doc. 78.]

Having considered the motion and opposition, the Court **GRANTS** the motion. Plaintiffs' response is due no later than **November 22, 2021**, Defendants' reply is due no later than **December 15, 2021**. The parties are warned that the Court is not inclined to grant any further extensions absent a showing of very good cause.

IT IS SO ORDERED this 10th day of November, 2021.

_____
JOHN K. LARKINS III
United States Magistrate Judge