IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHERMAN ANDERSON MORTON, III, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>LIEN FILERS, ETC. OF HEATH W. WILLIAMS, L.L.C., et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:20-CV-3211-TWT |

## ORDER

This is an action under the Fair Debt Collection Practices Act. It is before the Court on the Report and Recommendation [Doc. 86] of the Magistrate Judge recommending granting the Defendants' Motion for Summary Judgment [Doc. 76]. This case arises out of heated emails that two opposing attorneys—consumer lawyer Ronald Daniels and creditor lawyer Heath Williams—exchanged during a state court collection action. I agree with the Magistrate Judge that viewing the "purpose and context" of the December 31 communication from a common-sense perspective, the only reasonable way to interpret Mr. Williams's email is as an effort to continue negotiating the amount of a settlement payment to resolve the DeKalb Action, and not toward the collection of a debt. For these reasons, Mr. Williams's emails to Mr. Daniels were not

communications in connection with the collection of a debt and, therefore, Defendants are entitled to summary judgment on each of Plaintiffs' FDCPA claims under §§ 1692d, 1692e, 1692f, and 1692g. The Plaintiffs' Objections are without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiffs' Motion for Summary Judgment [Doc. 76] is GRANTED.

SO ORDERED, this ___2nd___ day of June, 2022.

/s/ Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge